

HOME   PRODUCTS   SHOP   POPWARE FOR PETS®   COMPANY   CONTACT US

Sign in or Create an account   View Cart   Order Status   My Account



Home » Popware for Pets » Double Elevated Feeder
Home » Popware for Pets » Elevated, Collapsible Feeders » Double Elevated Feeder

## DOUBLE ELEVATED FEEDER

★★★★★ 4.7 | 3 Reviews

3 out of 3 (100%) reviewers recommend this product

3 questions and 3 answers for this product

[ Write a review ]   [ Ask a question ]

Like ◁ 6

### CATEGORIES

**KITCHEN**
cutting boards
tools and gadgets
hydration bottles

**SCHOOL & OFFICE**
storage clipboards
storage clipboards with calculator
arts & crafts lapcases
clipboards



elevated, collapsible feeders
replacement bowls for feeders
collapsible travel cups
kennel & crate bowls
pet hydration bottles
feeding & treat accessories

**MADE IN USA**
made in usa products

**ON SALE**
cutting boards
tools and gadgets





Price: **$19.99**
Weight: 0.95 LBS
Shipping: Calculated at checkout

* Choose your size:
  [ Small (1 cup/ 8 oz) ▼ ]
* 2014 Colors:
  - ○ 233 Pink
  - ○ 383 Green
  - ○ 312 Blue
  - ○ 2597 Purple

Quantity: [ 1 ]

[ ADD TO CART ]



REVIEWS   ASK A QUESTION   **DESCRIPTION**



This platform feeder is perfect for pets at home or on the go. It features 2 removable and portable bowls that make dinnertime a breeze no matter where you happen to be. For easy storage and portability, the entire set collapses to a mere 1/5". Perfect for traveling, everyday home use, or use in RVs, boats, cars, hotels and camping.
Thoroughly washes clean when collapsed. Ideal for wet or dry food and water.
Dishwasher safe.

Product Size:
Small - 7" x 13" x 1.375" (1 cup/ 8 oz)
Large - 8.5" x 16.25" x 1.5" (2.5 cups/ 20oz)

Patent No. D577, 466





## COMPANY

HOME
PRODUCTS
SHOP
COMPANY
NEWS & EVENTS
PRESS RELEASES
MEDIA DOWNLOAD
CAREERS

## CUSTOMER SERVICES

STORE LOCATOR
WHOLESALE/ RETAILER INQUIRY
SHIPPING & RETURNS
CONTACT US

## LEGAL

PRIVACY POLICY
TERMS & CONDITIONS
IP STATEMENT

## FOLLOW US

DEXAS FACEBOOK
POPWARE FOR PETS FACEBOOK
PINTEREST
TWITTER

   





© 2014 Dexas International Ltd, Coppell Texas 75019, USA. /// All rights reserved. /// 1.800.527.5197