# Claims Chart Comparison between U.S. Des. 551400
## and
## Design Sold as "Double Elevated Feeder (plastic)" by
## Dexas International Ltd.

| Des. 551400 | Accused Infringing Product |
|---|---|

FIG. 1 is a perspective view of an elevated pet feeder having attachable extension bowls and containers, showing my new design.




FIG. 2 is a front elevational view, the opposite side being a mirror image thereof;



FIG. 3 is a left side elevational view thereof;



Claims Chart Comparison between U.S. Des. 551400
and
Design Sold as "Double Elevated Feeder (plastic)" by
Dexas International Ltd.

**Des. 551400**  **Accused Infringing Product**

FIG. 4 is a right side elevational view thereof;



FIG. 4 is a right side elevational view thereof;



**Claims Chart Comparison between U.S. Des. 551400
and
Design Sold as "Double Elevated Feeder (plastic)" by
Dexas International Ltd.**

**Des. 467,045**  **Accused Infringing Product**

FIG. 6 is a bottom plan view thereof.



Fig. 6